IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**GEORGE YAHIM ANDERSON**                                           **PLAINTIFF**

**v.**                                                                                              **No. 1:21CV14-DAS**

**SHERIFF JIMMY EDWARDS, ET AL.**                               **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the instant case is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a **"STRIKE"** under 28 U.S.C. § 1915(g).

**SO ORDERED**, this, the 24th day of June, 2021.

                                                                       /s/ David A. Sanders
                                                                       DAVID A. SANDERS
                                                                       UNITED STATES MAGISTRATE JUDGE